# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIA S. MOUA, | 1:11-cv-01409 GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On August 18, 2011, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. (Doc. 1.) On August 23, 2011, the Court issued a Scheduling Order. (Doc. 7.) More specifically, the Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1

1   On December 19, 2011, Defendant lodged the administrative record. (Doc. 12.) Thus, pursuant to the Scheduling Order, Plaintiff was required to file his opening brief in this Court on or before March 23, 2012. To date, Plaintiff has failed to file an opening brief.

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to comply with the Court's August 23, 2011, Order. Plaintiff **SHALL FILE** a written response to this Order to Show Cause **WITHIN ten (10) days** of the date of this Order. If Plaintiff desires more time to file the opening brief, Plaintiff should so state in his response.

Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   March 29, 2012                        /s/ Gary S. Austin
                                               UNITED STATES MAGISTRATE JUDGE

2