# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIA S. MOUA,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security,<br><br>      Defendant. | 1:11-cv-01409 GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING DEADLINE WITHIN WHICH PLAINTIFF MAY FILE AN OPENING BRIEF** |

      On August 18, 2011, Plaintiff filed the present action in this Court. Plaintiff seeks a review of the Commissioner's denial of his disability benefits. (Doc. 1.) On August 23, 2011, the Court issued a Scheduling Order. (Doc. 7). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1   On December 19, 2011, Defendant lodged the administrative record. (Doc. 12.) Thus, pursuant to the Scheduling Order, Plaintiff was required to file an opening brief on or before March 23, 2012.

On March 29, 2012, this Court issued an Order to Show Cause because Plaintiff had not filed an opening brief. Plaintiff filed a response to the Order to Show Cause on April 6, 2012. (Doc. 15.) More particularly, Plaintiff's counsel "accept[ed] full responsibility" for his failure to file an opening brief on Plaintiff's behalf as a result of a calendaring error. Counsel requested a two week extension of time within which to file Plaintiff's opening brief, or no later than April 20, 2012. (Doc. 15.)

Based on the above, the Order to Show Cause issued on March 29, 2012, is DISCHARGED. Plaintiff's request for an extension of time is GRANTED. Accordingly, **Plaintiff's opening brief shall be filed in this Court on or before April 20, 2012.**

IT IS SO ORDERED.

Dated:   **April 9, 2012**                    /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE