1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Xia S. Moua

7

8

9

10

11               **UNITED STATES DISTRICT COURT**
                 **EASTERN DISTRICT OF CALIFORNIA**
12                      **FRESNO DIVISION**

13

14

15  XIA S. MOUA,                    )  Case No.: 1:11 CV 1409 GSA
                                    )
16            Plaintiff,            )  STIPULATION AND ORDER FOR
                                    )  DISMISSAL
17      vs.                         )
    MICHAEL J. ASTRUE,              )
18  Commissioner of Social Security,)
                                    )
19                                  )
              Defendant.            )
20  _____)

21

22      TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

23  THE DISTRICT COURT:

24      IT IS HEREBY STIPULATED by and between Xia S. Moua ("Plaintiff")

25  and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that

26  this matter be dismissed with prejudice, each party to bear its own fees, costs, and

-1-

expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: April 19, 2012                    Respectfully submitted,

                                         LAW OFFICES OF LAWRENCE D. ROHLFING

                                                /s/ *Young Cho*
                         BY:_____
                               Young Cho
                               Attorney for plaintiff Xia S. Moua

DATE: April 19, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ *Daniel T. Talbert*
                                     _____
                                     Daniel T. Talbert
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant Michael J. Astrue,
                                     Commissioner of Social Security
                                     (Per e-mail authorization)

**ORDER**

IT IS SO ORDERED.

   Dated:   **April 19, 2012**                         **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE