Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Xia S. Moua

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| XIA S. MOUA, | Case No.: 1:11 CV 1409 GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Xia S. Moua ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and

-1-

1  expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P.
2  Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: April 19, 2012            Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                            BY:_____
                                Young Cho
                                Attorney for plaintiff Xia S. Moua


DATE: April 19, 2012            BENJAMIN B. WAGNER
                                United States Attorney

                                        /s/ *Daniel T. Talbert*
                                _____
                                Daniel T. Talbert
                                Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
                                Commissioner of Social Security
                                (Per e-mail authorization)


**ORDER**

IT IS SO ORDERED.

   Dated:   **April 19, 2012**                  **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE